## HERMA STRIBULA *v.* JOZEF KUBACKA ET AL.
### (AC 19306)

O'Connell, C. J., and Foti and Healey, Js.

Submitted on briefs December 15, 1999—officially released January 18, 2000

Per Curiam. The judgment is affirmed.

## JEFFREY DAVIS *v.* COMMISSIONER OF CORRECTION
### (AC 18782)

Landau, Hennessy and Mihalakos, Js.

Submitted on briefs December 15, 1999—officially released January 18, 2000

Per Curiam. The appeal is dismissed.

## CHERYL A. ANDERSON *v.* ALLAN BRUCE HEMMINGS
### (AC 18867)

Lavery, Schaller and Spear, Js.

Submitted on briefs December 15, 1999—officially released January 18, 2000

Per Curiam. The judgment is affirmed.